## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ARCHWAY COOKIES LLC, et al.,<br><br>        Debtors.<br>_____<br><br>JEFFREY AUSTEN on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>ARCHWAY COOKIES LLC, MOTHER'S CAKE & COOKIE CO., CATTERTON PARTNERS V, L.P., CATTERTON PARTNERS V OFFSHORE, L.P., CATTERTON COINVEST I, LLC, and INSIGHT HOLDINGS,<br><br>        Defendants. | Chapter 7<br>Case No. 08-12323 (CSS)<br>Jointly Administered<br><br>Adv. Pro. No.  08-51530 (CSS) |

## **NOTICE OF WITHDRAWAL**

      PLEASE TAKE NOTICE that the *UNOPPOSED MOTION TO APPROVE PAYMENT OF UNCLAIMED RESIDUAL FUNDS TO THE CLERK OF THE COURT* pursuant to Section 105 of Title 11 of the United States Code (the "Bankruptcy Code") which was filed on July 30, 2015 (D.I. #85), is hereby withdrawn without prejudice**.**

Dated: August 5, 2015                    Respectfully submitted,

                                                   /s/_Christopher D. Loizides_____
                                                 Christopher D. Loizides (No. 3968)
                                                 **LOIZIDES, P.A.**
                                                 1225 King Street, Suite 800
                                                 Wilmington, DE  19801
                                                 Telephone:    (302) 654-0248
                                                 Facsimile:    (302) 654-0728
                                                 E-mail:        loizides@loizides.com

René S. Roupinian
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, NY  10016
Telephone:  (212) 245-1000

*Counsel for the Plaintiff and the Certified Class*