**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ARCHWAY COOKIES LLC, et al.,<br><br>              Debtors.<br>_____<br><br>JEFFREY AUSTEN on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br>v.<br><br>ARCHWAY COOKIES LLC, MOTHER'S CAKE & COOKIE CO., CATTERTON PARTNERS V, L.P., CATTERTON PARTNERS V OFFSHORE, L.P., CATTERTON COINVEST I, LLC, and INSIGHT HOLDINGS,<br><br>              Defendants. | Chapter 7<br>Case No. 08-12323 (CSS)<br>Jointly Administered<br><br>Adv. Pro. No.  08-51530 (CSS) |

**UNOPPOSED MOTION TO APPROVE**
**PAYMENT OF UNCLAIMED RESIDUAL FUNDS TO THE CLERK OF THE COURT**

Plaintiff, Jeffrey Austen, Class Representative for the certified WARN Class, by and through his undersigned counsel, hereby moves this Court, pursuant to Section 105 of Title 11 of the United States Code (the "Bankruptcy Code") for entry of an Order, substantially in the form annexed hereto as Exhibit C, approving the disbursement of unclaimed settlement residual funds to the Clerk of the United States Bankruptcy Court for the District of Delaware, pursuant to the parties' *Settlement Agreement and Release of Claims*, executed on or about February 3, 2012 (the "Settlement Agreement") by and among the Trustee, the Plaintiff and their counsel resolving certain employment-related claims asserted under the Worker Adjustment and Retraining Notification Act and similar state statutes (collectively, the "WARN Act"). This Unopposed

Motion to Approve Payment of Unclaimed Residual Funds to the Clerk of the Court (the "Motion"), is supported by the accompanying Declaration of René S. Roupinian and Exhibits A-C.

### Jurisdiction

1.  This Court has jurisdiction over this Motion under 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C § 157(b)(2). Venue is proper under 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief sought herein is Section 105(a) of the Bankruptcy Code.

2.  Pursuant to the final *Order Approving Settlement Between the Chapter 7 Trustee for Archway Cookies, LLC and Mother's Cake & Cookies Co. and the Named Plaintiff and Class Representative* (the "Final Order") dated April 17, 2012, this Court "retained jurisdiction . . . with respect to all matters arising from or related to the implementation of this Order."

### General Background

3.  On October 6, 2008, each of the Debtors commenced Chapter 11 bankruptcy proceedings by filing voluntary petitions for relief under the Bankruptcy Code in *In re Archway Cookies, LLC et al.*, 08-12323 (CSS) (the "Bankruptcy Cases"). On January 9, 2009, the Bankruptcy Cases were converted to Chapter 7 proceedings and the Trustee was appointed on January 21, 2009.

4.  On or about October 15, 2008, Plaintiff commenced an adversary proceeding against the Debtors by filing a class-action complaint asserting various claims under the WARN Act, which claims were ultimately resolved pursuant to the Settlement Agreement. (See Exhibit 1 to "Exhibit A", the Final Order Approving the Settlement").

5. On April 18, 2012, the Court entered the Final Order approving the Settlement Agreement. (See "Exhibit A").

6. Under the terms of the Settlement Agreement, the parties retained the services of Settlement Services, Inc. ("SSI") to administer the settlement payments to the members of the Class. *See* Point VII par. A of "Exhibit 1."

7. The final distribution to the Class was made by SSI more than 180 days ago.

8. The parties have each completed their obligations under the terms of the Settlement Agreement.

9. The unclaimed portion of the final distribution to the Class totals $23,576.52.

10. Pursuant to the Settlement Agreement, Section VII (C) provides that, "[a]ny distribution checks that remain uncashed after 180 days from the Final Settlement Payment shall be paid to the Clerk of the Bankruptcy Court in the name of the Plaintiff class member(s)." (See "Exhibit 1").

11. A list of each class member who has not claimed his or her settlement check, along with the last 4 digits of his or her social security number[1], is listed on Exhibit B.

12. Accordingly, plaintiff requests that this Court enter the proposed Order, attached as Exhibit C, authorizing the payment of the residual funds to the Clerk of the Bankruptcy Court, in the name of the Plaintiff class member(s) listed on Exhibit B. The Trustee does not oppose the Plaintiff's requested relief.

Dated: August 12, 2015                     Respectfully submitted,

/s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
**LOIZIDES, P.A.**

---

[1] Class Counsel does not have social security numbers for two members of the class who are believed to be deceased. Class Counsel has not yet been contacted by their next of kin.

1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:          loizides@loizides.com

René S. Roupinian
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, NY  10016
Telephone:  (212) 245-1000

*Counsel for the Plaintiff and the Certified Class*