# EXHIBIT B

Archway -WARN Class Members List of Uncashed Check

|    | SSN Last 4 | First Name   | Last Name      | Amount      |
|----|------------|--------------|----------------|-------------|
| 1  | 6859       | ED J         | BALLEW         | $371.07     |
| 2  | 1627       | BENJAMIN D   | BALLOU         | $776.36     |
| 3  | 5302       | JOSEPH F     | BARTECK        | $562.39     |
| 4  | 2343       | MICHAEL M    | BILLNITZER     | $1,067.45   |
| 5  | 0864       | JACK L       | BRACKETT       | $309.05     |
| 6  | 7320       | RYAN E       | CHAO           | $285.44     |
| 7  | 7026       | GEOFFREY A   | CUPAK          | $249.44     |
| 8  | 0547       | MICHAEL W    | DAVIS          | $682.29     |
| 9  | 0496       | ABDOLMAZIT   | DOS            | $320.44     |
| 10 | 1663       | DANIEL J     | DUFFY          | $1,843.81   |
| 11 | 9601       | DAVE         | DULANEY        | $728.33     |
| 12 | 6364       | ELIZABETH G  | FINDLEY        | $562.39     |
| 13 | 2994       | JERI L       | FUCILE         | $855.00     |
| 14 | 6918       | JACLYN M     | GAGE           | $359.69     |
| 15 | 5844       | ROGER H      | GHERNA         | $338.35     |
| 16 |            | WILLIAM E    | GIBSON         | $213.63     |
| 17 | 1774       | RICHARD      | GILLENWATER    | $320.44     |
| 18 | 7200       | GARY R       | HAMILTON       | $360.17     |
| 19 | 2264       | SCOTT C      | HANSEN         | $349.39     |
| 20 | 8876       | DAVID R      | HERRERA        | $386.98     |
| 21 | 1786       | HELEINA      | JIMENEZ        | $320.44     |
| 22 | 2347       | STEVEN B     | KRAMM          | $348.24     |
| 23 | 4370       | PATRICIA A   | LONG           | $657.66     |
| 24 | 8965       | LISA A       | MAHON          | $1,203.51   |
| 25 | 8218       | DANIEL C     | MAHONEY        | $508.51     |
| 26 | 0247       | NANCY M      | MANNING        | $320.44     |
| 27 | 3849       | RONALD L     | MARTIN         | $579.34     |
| 28 | 0793       | TREVOR D     | MAYNARD        | $562.39     |
| 29 | 1056       | SIMON        | MENKO          | $271.04     |
| 30 | 1140       | RICKY E      | MILLER         | $297.47     |
| 31 | 0160       | JAMES D      | MILLER         | $1,055.75   |
| 32 |            | ROBERT L     | MITCHELL       | $354.38     |
| 33 | 5702       | CRAIG E      | MUNN           | $413.80     |
| 34 | 7755       | NAZARIO      | OCHOA          | $306.46     |
| 35 | 4680       | CARA E       | ODONNELL-MALON | $316.01     |
| 36 | 6547       | JOSEPH A     | PACHECO        | $320.44     |
| 37 | 5191       | SCOTT E      | PIERCE         | $771.52     |
| 38 | 7631       | STEVEN C     | PRICE          | $542.06     |
| 39 | 6736       | STEVEN L     | SLATE          | $398.02     |
| 40 | 4910       | VERNA E      | STARCHER       | $562.39     |
| 41 | 6214       | KELLY K      | STEVENS        | $413.81     |
| 42 | 8630       | JACOB R      | STIERS         | $299.48     |
| 43 | 1200       | JOSEPH       | TORRES         | $425.59     |
| 44 | 9002       | TERRI A      | VANSICKLER     | $487.29     |
| 45 | 9664       | RONALD D     | WARD           | $511.18     |
| 46 | 0813       | GARY T       | WDOWIAK        | $387.19     |
|    |            |              | **Total**      | **$23,576.52** |