**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ARCHWAY COOKIES LLC, et al.,<br><br>Debtors. | Chapter 7<br>Case No. 08-12323 (CSS)<br>Jointly Administered |
| JEFFREY AUSTEN on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARCHWAY COOKIES LLC, MOTHER'S CAKE & COOKIE CO., CATTERTON PARTNERS V, L.P., CATTERTON PARTNERS V OFFSHORE, L.P., CATTERTON COINVEST I, LLC, and INSIGHT HOLDINGS,<br><br>Defendants. | Adv. Pro. No. 08-51530 (CSS) |

**ORDER GRANTING UNOPPOSED MOTION TO APPROVE PAYMENT OF UNCLAIMED RESIDUAL FUNDS TO THE CLERK OF THE COURT**

Upon the filing and consideration of the Unopposed Motion to Approve Payment of Unclaimed Residual Funds to the Clerk of the Court (the "Motion"), together with the declaration of Class Counsel, and the exhibits to the Motion, the Court rules as follows:

IT IS HEREBY ORDERED that the Motion is GRANTED; and

IT IS FURTHER ORDERED THAT within 30 days following entry of this Order, Class Counsel shall cause a check in the amount of the unclaimed residual funds to be made payable to the Clerk of the Delaware Bankruptcy Court and submitted together with a list of class members who have not claimed their settlement checks (substantially in the form as Exhibit B to the Motion), to the Clerk of the Bankruptcy Court for the District of Delaware, along with a copy of this Order.

Dated: 12/14 , 2015 _____
Honorable Christopher S. Sontchi
United States Bankruptcy Judge